# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ACS CONSULTANT COMPANY, INC. f/k/a SUPERIOR CONSULTANT COMPANY, INC., a Michigan Corporation,

      Plaintiff,

v.

WILLIE WILLIAMS, RYLAND HAMLET, and RAUL MESTRIL, Individuals, and HEALTHCARE INFORMATICS TECHNICAL STAFFING, LLC, a California Limited Liability Company,

      Defendants.

_____/

Case No. 2:06-cv-11301
Honorable Lawrence P. Zatkoff

| | |
|---|---|
| **Carey A. DeWitt (P36718)**<br>**Elizabeth A. DuMouchelle (P45462)**<br>**Gregory N. Blase (P66079)**<br>BUTZEL LONG<br>Suite 100, 150 West Jefferson<br>Detroit, Michigan 48226-4450<br>(313) 225-7000<br>Fax: (313) 225-7080<br>**Attorneys for Plaintiff** | **Robert I. Barrar, Jr.**<br>RUBIN & BARRAR<br>4141 N.E. 2nd Ave, Ste. 203A<br>Miami, Florida 33137-3500<br>(305) 576-5600<br>Fax: (305) 576-3292<br>**Attorney for Defendant Raul Mestril** |

_____/

## **STIPULATED ORDER REGARDING LAPTOP COMPUTER**

      At a session of said Court held at the U.S. Courthouse in the City of Port Huron, County of St. Clair, State of Michigan on:
         _April 24, 2006_____

      Present: Honorable Lawrence P. Zatkoff

Pursuant to the stipulation of Plaintiff ACS Consultant Company, Inc. ("ACS") and Defendant Raul Mestril ("Mestril"), and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Court's April 4, 2006 Order requiring the selection of a neutral custodian to oversee the imaging of the laptop computer that was marked as Exhibit 4, 2006 at the April 4, 2006 Hearing ("Laptop") is rescinded;

2. That ACS is not required to give the Laptop to a neutral custodian selected by the Court;

3. That ACS is not required to have a neutral custodian make a bit-stream image of the Laptop;

4. That, unless otherwise ordered, the Parties are not required to use the services of a neutral custodian for any purpose related to the Laptop;

5. That, to the extent this Court's April 4, 2006 Order applied to the partial back-up ("Backup") of the Laptop that Mestril provided to ACS, such Order is hereby rescinded;

6. That ACS shall maintain a bit-stream image, of evidentiary grade, of the entire contents of the Laptop's hard drive.

**IT IS SO ORDERED.**

                                                    s/Lawrence P. Zatkoff
                                                  United States District Court Judge

Dated: April 24, 2006
833924