UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACS CONSULTANT COMPANY, INC. f/k/a
SUPERIOR CONSULTANT COMPANY, INC., a
Michigan Corporation,

    Plaintiff,

v.

WILLIE WILLIAMS, RYLAND HAMLET, and
RAUL MESTRIL, Individuals, and HEALTHCARE
INFORMATICS TECHNICAL STAFFING, LLC, a California
Limited Liability Company,

    Defendants.

Case No. 2:06-cv-11301
Honorable Lawrence P. Zatkoff

_____/

| | |
|---|---|
| **Carey A. DeWitt (P36718) Elizabeth A. DuMouchelle (P45462) Gregory N. Blase (P66079)** BUTZEL LONG Suite 100, 150 West Jefferson Detroit, Michigan 48226-4450 (313) 225-7000 Fax: (313) 225-7080 **Attorneys for Plaintiff** | **Robert I. Barrar, Jr.** RUBIN & BARRAR 4141 N.E. 2nd Ave, Ste. 203A Miami, Florida 33137-3500 (305) 576-5600 Fax: (305) 576-3292 **Attorney for Defendant Raul Mestril** |

_____/

**STIPULATED ORDER EXTENDING DATES TO RESPOND
TO MESTRIL'S MOTION TO DISMISS AND/OR TRANSFER**

    At a session of said Court held at the U.S. Courthouse in the City of Port Huron, County of St. Clair, State of Michigan on: May 4, 2006

    Present:  Honorable Lawrence P. Zatkoff

    This matter having come before the Court upon the stipulation of the parties hereto; the Court being made aware of developing settlement discussions between Plaintiff ACS Consultant Co., Inc. ("ACS") and Defendant Raul Mestril ("Mestril"); the parties having therefore stipulated to an extension the date for ACS to respond to Mestril's Motion to Dismiss and/or Transfer until June 7,

2006 and the Court being otherwise fully advised in the premises:

    IT IS HEREBY ORDERED that the date for ACS to respond to Mestril's Motion to Dismiss and/or Transfer shall be extended until June 7, 2006.

                                     s/Lawrence P. Zatkoff
                                     LAWRENCE P. ZATKOFF
                                     UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2006

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2006.

                                     s/Marie E. Verlinde
                                     Case Manager
                                     (810) 984-3290