UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACS CONSULTANT COMPANY, INC. f/k/a
SUPERIOR CONSULTANT COMPANY, INC., a
Michigan Corporation,

      Plaintiff,

v.

WILLIE WILLIAMS, RYLAND HAMLET, and
RAUL MESTRIL, Individuals, and HEALTHCARE
INFORMATICS TECHNICAL STAFFING, LLC, a
California Limited Liability Company,

      Defendants.

_____/

Case No. 2:06-cv-11301
Honorable Lawrence P. Zatkoff

| | |
|---|---|
| **Carey A. DeWitt (P36718) Elizabeth A. DuMouchelle (P45462) Gregory N. Blase (P66079)** BUTZEL LONG Suite 100, 150 West Jefferson  Detroit, Michigan  48226-4450 (313) 225-7000 Fax: (313) 225-7080 **Attorneys for Plaintiff** | **Robert I. Barrar, Jr.** RUBIN & BARRAR 4141 N.E. 2nd Ave, Ste. 203A Miami, Florida 33137-3500 (305) 576-5600 Fax: (305) 576-3292 **Attorney for Defendant Raul Mestril** |

_____/

### ORDER AMENDING STIPULATED ORDER
### FOR PRELIMINARY INJUNCTION

    At a session of said Court held in the U.S. Courthouse, City of Port Huron, County of St. Clair, State of Michigan on:   MAY 25, 2006

    Present:  Honorable   Lawrence P. Zatkoff

    Pursuant to the stipulation of Plaintiff ACS Consultant Company, Inc. and Defendant Raul Mestril, and the Court having reviewed the Stipulation to Amend Stipulated Order for Preliminary Injunction, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED:**

    That the Stipulated Order for Preliminary Injunction entered by the Court on April 17, 2006 is amended to add the following subparagraph (viii) to paragraph 1 of that Order:

        viii.   From soliciting and/or recruiting, on behalf of himself, or on behalf of any third party, any employees of ACS either directly or indirectly, specifically including, without limitation, identification to a third party (including, without limitation, recruiting agencies, employers and prospective employers) of employees of ACS or any of its subsidiaries or affiliates until March 30, 2008 or a later date if ordered by the Court;

**IT IS SO ORDERED.**

                                      s/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: May 25, 2006

### CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 25, 2006.

                                      s/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290