F I L E D
DEC - 7 2007
CLERK'S OFFICE
DETROIT

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ACS CONSULTANT COMPANY, INC. f/k/a
SUPERIOR CONSULTANT COMPANY,
INC., a Michigan Corporation,

    Plaintiff,

vs.

WILLIE WILLIAMS, RYLAND HAMLET, and
RAUL MESTRIL, Individuals, and
HEALTHCARE INFORMATICS TECHICAL
STAFFING, LLC, a California Limited Liability
Company,

    Defendants.

CASE NO.: 2:06-CV-11301
Assigned to: Zatkoff, Lawrence P.
Referral Judge: Capel, Wallace
Filed: 03-29-2006 at 12:15 p.m.

LAW OFFICES OF LEO JAMES TERRELL
California State Bar #149693
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
(323) 655-6909\FAX (323) 655-5104
e-mail: civil1975@aol.com
**Attorneys for Defendants
Willie Williams, Ryland Hamlet
and Raul Mestril**

Carey A. DeWitt (P36718)
Elizabeth A. DuMouchelle (P45462)
BUTZEL LONG
Suite 100, 150 West Jefferson
Detroit, Michigan 48226-4450
**Attorneys for Defendants
ACS Consultant Company, Inc.**

Darin J. Kanfer, Attorney at Law (P44773)
LAW OFFICES OF DARIN J. KANFER
615 Griswold, Ste. 310
Detroit, Michigan 48226
(313) 574-3646
FAX (248) 626-7498
djk1120@sbcglobal.net
Attorneys for Defendants
Willie Williams and Ryland Hamlet

## DEFENDANT'S WITNESS LIST

1

Defendant, Raul Mestril by and through his attorneys of record herein, and pursuant to the Scheduling Order issued by this Court, hereby submits the following list of witnesses which the Defendant intends to call at the trial of the above referenced matter. Defendant reserves the right to amend and/or supplement this Witness List based upon the Court's rulings, Motions in Limine and testimony presented at trial.

Discovery is continuing and depositions have not been conducted in this action as of the date of the issuance of this witness list.

1. Willie Williams
2. Ryland Hamlet
3. Raul Mestril
4. Sue Synor
5. Charles Bracken
6. Bart Neuman
7. Jean Irwin
8. Suzanne Starr
9. Lauren Goldberg
10. Whitney Boulliard
11. B.J. Bomentre
12. Gloria April
13. Lutitia Patterson
14. Suzanne Henry
15. Jason Lyons
16. J. Stott Matthews
17. Pete Franklin
18. Tammie Anderson
19. Angelete Harris
20. Rinn Evans

21. Lutitia Patterson
22. Mani Muir
23. Dahlia Armstrong
24. Jineska Watson
25. Veena Robinson
26. Marissa Resurrection
27. Judy Rhodes
28. John Sanchez
29. Rhonda Dick
30. Barbara Tucker
31. Cathy Aleman
32. Dr. Kenneth Murtishaw
33. Christine Deshotel
34. Greg Wesack
35. Carlos Watson
36. Gary McDonald
37. Arvind Kumar
38. LaShaunta Harris
39. Natalie Berger
40. John Knight
41. Robert "Bob" Wright
42. Bruce Shell
43. Lou Crescenti
44. Jennifer Sierras
45. Dennis Antishin
46. Ron Freed
47. David Franzblau

48. Ann Keillor
49. Karen White
50. Justen Deal
51. Deb Johnson
52. Chip Graham
53. Raul Green

Respectfully Submitted,

DATED: December 3, 2007

LAW OFFICES OF LEO JAMES TERRELL

By: _____
LEO JAMES TERRELL
Attorneys for Defendant, Raul Mestril

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 920, Beverly Hills, California 90211.

On December 3, 2007, I served the foregoing documents described as: DEFENDANT'S WITNESS LIST on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Darin J. Kanfer, Attorney at Law
LAW OFFICES OF DARIN J. KANFER
615 Griswold, Ste. 310
Detroit, Michigan 48226

Carey A. De Witt
Elizabeth A. DuMouchelle
Gregory N. Blase
Butzel Long
150 West Jefferson, Ste. 100
Detroit, Michigan 48226-4450

[x]   (BY MAIL)
      [ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereof fully prepaid.
      [x]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 3, 2007, at Beverly Hills, California.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____, at Beverly Hills, California.

[ ]   (BY FACSIMILE TRANSMISSION SERVICE) Said document was transmitted to the offices of the addressee via facsimile transmission as follows:

Executed on _____, at Beverly Hills, California.

[x]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ERICA AKBAR

5