UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACS CONSULTANT COMPANY, INC. f/k/a
SUPERIOR CONSULTANT COMPANY, INC.,
a Michigan Corporation,

      Plaintiff,

v.

WILLIE WILLIAMS, RYLAND HAMLET, and
RAUL MESTRIL, Individuals, and HEALTHCARE
INFORMATICS TECHNICAL STAFFING, LLC, a
California Limited Liability Company,

      Defendant.

Case No. 2:06-cv-11301
Honorable Lawrence P. Zatkoff
Honorable Steven D. Pepe,
    Magistrate Judge

_____

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

      At a session of said Court held in the United States District Court, Eastern District of Michigan on March 5, 2008

      PRESENT: HON. _____

      The parties having stipulated to dismissal with prejudice of the above entitled action with each party to bear its own attorney fees and costs, and the Court being otherwise duly advised in the premises,

      **IT IS HEREBY ORDERED** that the above entitled action is dismissed with prejudice, with each party bearing its own attorney fees and costs.

**IT IS SO ORDERED.**

                                      s/Lawrence P. Zatkoff
                                      United States District Court Judge

Dated: March 5, 2008

**Stipulated and Agreed as to Form and Substance:**

/s/ Elizabeth A. DuMouchelle
**Carey A. DeWitt (P36718)**
**Elizabeth A. DuMouchelle (P45462)**
BUTZEL LONG
Suite 100, 150 West Jefferson
Detroit, Michigan  48226-4450
(313) 225-7000
Fax: (313) 225-7080
dewitt@butzel.com
dumouche@butzel.com
**Attorneys for Plaintiff ACS Consultant Company, Inc.**

/s/ Darin J. Kanfer (w/ consent)
Darin J. Kanfer (P44773)
Darin J. Kanfer Assoc.
615 Griswold Street
Suite 310
Detroit, MI 48226
(313) 574-3646
Fax: (313) 626-749
dgk1120@sbcglobal.net
**Attorney for Defendants Willie Williams, Ryland Hamlet, and Raul Mestril**

/s/ Leo J. Terrell (w/ consent)
Leo James Terrell (CA #149693)
Law Office of Leo James Terrell
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA 90211
(323) 655-6909
Fax: (323) 655-5104
CIVIL1975@aol.com
**Attorney for Defendants Willie Williams, Ryland Hamlet, and Raul Mestril**

S:\Zatkoff\Marie ECF\ACS.Stipulated Order for Dismissal - Case 06-11301.wpd